IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

CESAR IVAN LOPEZ LOPEZ

DEBTOR

CASE NO 13-08987-BKT

CHAPTER 13

### NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN
### AND CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**NOW COMES, CESAR IVAN LOPEZ LOPEZ,** debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays:

1. The debtor is hereby submitting a proposed amended Plan, dated January 9, 2014, herewith and attached to this motion.

2. This proposed amended Plan is filed to cure the objection raised by the Trustee in his unfavorable report, docket #14, dated January 3, 2014.

**WHEREFORE** debtor respectfully requests the confirmation of the requested amended Plan, dated January 9, 2014.

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtor, Cesar Ivan Lopez Lopez, and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 9th day of January, 2014.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726
TEL. NO. (787) 744-7699

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                              Case No. **3:13-bk-8987**

**LOPEZ LOPEZ, CESAR IVAN**                                                   Chapter **13**
_____
Debtor(s)

**CHAPTER 13 PAYMENT PLAN**

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____    ☑ AMENDED PLAN DATED: **1/09/2014**
☐ PRE  ☐ POST-CONFIRMATION              Filed by: ☑ Debtor  ☐ Trustee  ☐ Other

**I. PAYMENT PLAN SCHEDULE**

| $ | 250.00 | x | 9 | = $ | 2,250.00 |
| $ | 400.00 | x | 24 | = $ | 9,600.00 |
| $ | 550.00 | x | 27 | = $ | 14,850.00 |
| $ | | x | | = $ | |
| $ | | x | | = $ | |

TOTAL: $ **26,700.00**

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $ _____

PROPOSED BASE: $ **26,700.00**

**III. ATTORNEY'S FEES**
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,814.00**

Signed: **/s/ CESAR IVAN LOPEZ LOPEZ**
Debtor

_____
Joint Debtor

**II. DISBURSEMENT SCHEDULE**

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☑ Debtor represents no secured claims.
☐ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
   Cr. _____  Cr. _____  Cr. _____
   # _____   # _____    # _____
   $ _____   $ _____    $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
   Cr. _____  Cr. _____  Cr. _____
   # _____   # _____    # _____
   $ _____   $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
   Cr. _____  Cr. _____  Cr. _____
   # _____   # _____    # _____
   $ _____   $ _____    $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies  ☑ Does not Classify Claims.
1. (a) Class A:  ☐ Co-debtor Claims / ☐ Other: _____
   ☐ Paid 100% / ☐ Other: _____
   Cr. _____  Cr. _____  Cr. _____
   # _____   # _____    # _____
   $ _____   $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."
Debtor consents to the lift of stay in favor of Doral Bank since mortgage loan is being paid by debtor's ex-spouse, thus, the Trustee will not disburse funds to secured creditor Doral Bank.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**    Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

LOPEZ LOPEZ, CESAR IVAN
PO Box 40063
San Juan, PR  00940-0063

Doral Financial Corp
PO BOX 29426
Rio Piedras, PR  00929

OPERATING PARTNERS
PO BOX 194499
SAN JUAN, PR  00919-4499

R. Figueroa Carrasquillo Law Office
PO Box 186
Caguas, PR  00726-0186

FB LEONARD & CO INC
GE CAPITAL
PO BOX 366220
SAN JUAN, PR  00936-6220

Santander
PO Box 2199
Bayamon, PR  00960-2199

Amex
PO Box 297871
Fort Lauderdale, FL  33329

IRS
PO BOX 7346
PHILADELPHIA, PA  19101-7346

SECURITY CREDIT
GECC
2612 JACKSON AVE W
OXFORD, MS  38655-5405

ASSET ACCEPTANCE LLC
CHASE MANHATTAN BANK
28405 VAN DYKE AVE
WARREN, MI  48093-7132

LEONARD & ASSOCIATES PSC
PO BOX 366220
SAN JUAN, PR  00936-6220

BANCO POPULAR DE PR
PO BOX 2708
SAN JUAN, PR  00936

MAZA & GREEN
PO BOX 364028
SAN JUAN, PR  00936-4028

Banco Popular De Puert
PO Box 2708
San Juan, PR  00936

MCM
DEPT 12421
PO BOX 603
OAKS, PA  19456-0603

Bank Of America
PO Box 982235
El Paso, TX  79998

MIDLAND CREDIT MANAGEMENT INC
PO BOX 60578
LOS ANGELES, CA  90060-0578

Bp-crline
PO Box 2708
San Juan, PR  00936

MONARCH
RECOVERY MANAGEMENT, INC
PO BOX 21089
PHILADELPHIA, PA  19114-0589

CITI CARDS
PO BOX 183051
COLUMBUS, OH  43218-3051

NATION WIDE
AMERICAN EXPRESS
PO BOX 26314
LEHIGH VALLEY, PA  18002-6314

CMPR INC
698 SOUTH OGDEN STREET
BUFFALO, NY  14210-2317

NCO FINANCIAL
300 CALLE C STE 200 REXCO IND PARK
GUAYNABO, PR  00968-8061